## Hall Casket Company, Defendant in Error, v. Fred F. Roberts and Mary A. Roberts, Plaintiffs in Error.

### Gen. No. 18,485. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREEMAN K. BLAKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and judgment here. Opinion filed November 4, 1913.

### Statement of the Case.

Petition in Municipal Court of Chicago for citation brought by Hall Casket Company, a corporation, against Fred F. Roberts and Mary A. Roberts, to reach assets under the control of defendants to satisfy a judgment in favor of plaintiff against Fred F. Roberts. From an order in favor of plaintiff directing defendants to turn over certain property to the bailiff of the Municipal Court, defendants bring error.

CHARLES C. SPENCER, for plaintiffs in error.

ERNEST C. RENIFF, for defendant in error.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

## Abstract of the Decision.

EXECUTION, § 270*—*sufficiency of the evidence as to ownership of property on citation in Municipal Court.* In supplementary or citation proceeding in the Municipal Court under section 64 of the Municipal Court Act as amended in 1907, J. & A. ¶ 3381, evidence *held* to preponderate in favor of ownership of the property in the wife of the debtor.